```
            IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
                                    CENTRAL DIVISION
_____

DAVID R. HITTLE,                       )
                                       )
           Plaintiffs,                 )  Case No. 2:07-CV-210 DS
                                       )
     v.                                )  District Judge David Sam
                                       )
STATE OF UTAH et al.,                  )  **O R D E R** and MEMORANDUM
                                       )                      DECISION
           Defendants.                 )
_____
```

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] However, Plaintiff has not complied with the Court's April 2, 2007, order to send the Court within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3] Indeed, the order, sent to Plaintiff at Beaver County Correctional

---

[1] *See* 42 U.S.C.S. § 1983 (2007).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).

Facility, has been returned to sender as undeliverable.  And, Plaintiff has not updated the Court with his new address.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is dismissed without prejudice.

DATED this 12th day of June, 2007.

*/s/ David Sam*
_____
DAVID SAM
Senior Judge
United States District Court